# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 4, 2021

## NO. 03-20-00453-CV

**Luther Wayne Cobb, Sr., Appellant**

**v.**

**Joseph Stephen Campbell, Appellee**

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES BYRNE, TRIANA, KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on January 14, 2021. Having reviewed the record, the Court holds that Luther Wayne Cobb, Sr., has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.